EDWARD J. FITZGERALD et al., as Executors of ANNIE FITZGERALD, Deceased, Appellants, *v.* TITLE GUARANTEE AND TRUST COMPANY, Respondent.

Submitted June 7, 1943; decided June 18, 1943.

Motion to amend remittitur granted. Return of remittitur requested, and when returned it will be amended to provide as follows: " Judgment affirmed without costs and with leave to the plaintiff to serve an amended complaint within twenty days after the service of the order of the Supreme Court making the order of the Court of Appeals the order of the Supreme Court, with notice of entry thereof." (See 290 N. Y. 376.)

IVY FRIEDMAN, an Infant, by MILDRED FRIEDMAN, Her Guardian ad Litem, Appellant, *v.* EARL KYLE et al., Respondents.

Submitted June 7, 1943; decided June 18, 1943.

*Eric P. Smith* for motion.
*Jonas P. Relin* opposed.
Motion denied.